# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: : CASE NO. 17 - 54219 - CRM
:
HAROLD LEE ROSBACH, :
:
: CHAPTER 13
:
DEBTOR. :

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance as counsel for Guy G. Gebhardt, Acting United States Trustee, Region 21, in the above-captioned case.

>Respectfully submitted,
>GUY G. GEBHARDT
>ACTING UNITED STATES TRUSTEE
>REGION 21
>
> */s   David S. Weidenbaum*
>DAVID S. WEIDENBAUM
>Georgia Bar No. 745892
>Trial Attorney

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404.331.4437
david.s.weidenbaum@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was this day sent to the following:

Harold Lee Rosbach
2823 Fairoaks Road
Decatur, GA 30033
    *by first class mail*

Julie Anania
Attorney for the Chapter 13 Trustee
janania@njwtrustee.com
    *by electronic mail*

    This the 13th day of March, 2017.

                                          /s David S. Weidenbaum
                                        DAVID S. WEIDENBAUM