

**IT IS ORDERED as set forth below:**

Date: March 14, 2017

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 - 54219 - CRM |
| HAROLD LEE ROSBACH, ) | |
| ) | |
| ) | CHAPTER 13 |
| ) | |
| DEBTOR. ) | |

**ORDER AND NOTICE OF BANKRUPTCY RULE 2004
EXAMINATION OF MAURICE CLARENCE JEFFRIES**

The motion of the United States Trustee for an order authorizing and directing an examination of Maurice Clarence Jeffries [Docket No. 12] having been read and considered, it is hereby

**ORDERED**, that pursuant to Bankruptcy Rule 2004, **Maurice Clarence Jeffries** shall appear at the offices of the United States Trustee, 362 Richard Russell Federal

Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, on **Wednesday, April 19, 2017**, at **10:00 a.m**.

    **IT IS FURTHER ORDERED** that the examination may be rescheduled or adjourned from time to time and place to place by agreement of the parties or by announcement at the examination of the adjourned date, time, and place without further motion, order, or notice.

    [END OF DOCUMENT]

Order prepared by:

*/s/ David S. Weidenbaum*
DAVID S. WEIDENBAUM
GA Bar No. 745892
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404)-331-4437
david.s.weidenbaum@usdoj.gov

**DISTRIBUTION LIST**

David S. Weidenbaum
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303

Maurice Clarence Jeffries
246 Crystalaire Court
Alpharetta, GA 30004-4377

Julie M. Anania
Attorney for the Chapter 13 Trustee
303 Peachtree Center Ave.
Suite 120
Atlanta, GA 30303

```
                           United States Bankruptcy Court
                              Northern District of Georgia
In re:                                                               Case No. 17-54219-crm
Harold Lee Rosbach                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: asb               Page 1 of 1           Date Rcvd: Mar 14, 2017
                              Form ID: pdf440         Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2017.
db             +Harold Lee Rosbach,    2823 Fairoaks Road,    Decatur, GA 30033-1408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Mar 14 2017 21:39:16     David S. Weidenbaum,
                 Office of the U.S. Trustee,   362 Richard B. Russell Bldg.,   75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3330
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Mar 14 2017 21:39:16
                 Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2017 at the address(es) listed below:
              David S. Weidenbaum    on behalf of U.S. Trustee   Office of the United States Trustee
               david.s.weidenbaum@usdoj.gov
              Nancy J. Whaley    ecf@njwtrustee.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                              TOTAL: 3
```