**IT IS ORDERED as set forth below:**



**Date: March 20, 2017**

_____

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 - 54219 - CRM |
| HAROLD LEE ROSBACH, ) | |
| ) | |
| ) | CHAPTER 13 |
| ) | |
| DEBTOR. ) | |

**ORDER AND NOTICE OF BANKRUPTCY RULE 2004**
**EXAMINATION OF EDWARD TINSLEY**

The motion of the United States Trustee for an order authorizing and directing an examination of Edward Tinsley [Docket No. 15] having been read and considered, it is hereby

**ORDERED**, that pursuant to Bankruptcy Rule 2004, Edward Tinsley shall appear at the offices of the United States Trustee, 362 Richard Russell Federal Building, 75 Ted

Turner Drive, S.W., Atlanta, Georgia 30303, on **Wednesday, April 19, 2017**, at **11:00 a.m**.

**IT IS FURTHER ORDERED** that the examination may be rescheduled or adjourned from time to time and place to place by agreement of the parties or by announcement at the examination of the adjourned date, time, and place without further motion, order, or notice.

[END OF DOCUMENT]

Order prepared by:

*/s/ David S. Weidenbaum*
DAVID S. WEIDENBAUM
GA Bar No. 745892
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404)-331-4437
david.s.weidenbaum@usdoj.gov

**DISTRIBUTION LIST**

David S. Weidenbaum
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303

Edward Tinlsey
391 17th Street, NW
Unit 1065
Atlanta, GA 30363

Julie M. Anania
Attorney for the Chapter 13 Trustee
303 Peachtree Center Ave.
Suite 120
Atlanta, GA 30303