

**IT IS ORDERED as set forth below:**

Date: March 20, 2017

_____

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 - 54219 - CRM |
| HAROLD LEE ROSBACH, ) | |
| ) | |
| ) | CHAPTER 13 |
| ) | |
| DEBTOR. ) | |

**ORDER AND NOTICE OF BANKRUPTCY RULE 2004**
**EXAMINATION OF EDWARD TINSLEY**

The motion of the United States Trustee for an order authorizing and directing an examination of Edward Tinsley [Docket No. 15] having been read and considered, it is hereby

**ORDERED**, that pursuant to Bankruptcy Rule 2004, Edward Tinsley shall appear at the offices of the United States Trustee, 362 Richard Russell Federal Building, 75 Ted

Turner Drive, S.W., Atlanta, Georgia 30303, on **Wednesday, April 19, 2017**, at **11:00 a.m**.

    **IT IS FURTHER ORDERED** that the examination may be rescheduled or adjourned from time to time and place to place by agreement of the parties or by announcement at the examination of the adjourned date, time, and place without further motion, order, or notice.

    [END OF DOCUMENT]

Order prepared by:

*/s/ David S. Weidenbaum*
DAVID S. WEIDENBAUM
GA Bar No. 745892
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404)-331-4437
david.s.weidenbaum@usdoj.gov

**DISTRIBUTION LIST**

David S. Weidenbaum
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303

Edward Tinlsey
391 17th Street, NW
Unit 1065
Atlanta, GA 30363

Julie M. Anania
Attorney for the Chapter 13 Trustee
303 Peachtree Center Ave.
Suite 120
Atlanta, GA 30303

```
                         United States Bankruptcy Court
                          Northern District of Georgia
In re:                                                           Case No. 17-54219-crm
Harold Lee Rosbach                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 113E-9          User: flanagan              Page 1 of 1          Date Rcvd: Mar 20, 2017
                              Form ID: pdf440             Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2017.
db            +Harold Lee Rosbach,   2823 Fairoaks Road,   Decatur, GA 30033-1408
              +Edward Tinlsey,   391 17th Street, NW,   Unit 1065,   Atlanta, GA 30363-1167

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Mar 20 2017 21:03:25     David S. Weidenbaum,
                Office of the U.S. Trustee,   362 Richard B. Russell Bldg.,   75 Ted Turner Drive, SW,
                Atlanta, GA 30303-3330
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Mar 20 2017 21:03:25
                Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
                Atlanta, GA 30303-3315
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2017 at the address(es) listed below:
              David S. Weidenbaum   on behalf of U.S. Trustee   Office of the United States Trustee
               david.s.weidenbaum@usdoj.gov
              Julie M. Anania   on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com
              Nancy J. Whaley    ecf@njwtrustee.com
              Office of the United States Trustee   ustpregion21.at.ecf@usdoj.gov
                                                                                             TOTAL: 4
```