## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| HAROLD LEE ROSBACH | : | CASE NUMBER A17-54219-CRM |
| DEBTOR | : | |

### CHAPTER 13 TRUSTEE'S OBJECTION TO
### CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

Debtor has failed to attend the 11 U.S.C. Section 341 hearing.

2.

The Debtor has failed to provide to the Trustee a copy of the 2016 tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).

3.

Debtor has failed to make any payments to Chapter 13 Trustee, thus indicating that this case may be infeasible in violation of 11 U.S.C. §1325(a)(6).

4.

Debtor has not filed a plan as required by 11 U.S.C. Section 1321.

5.

Debtor has not filed schedules as required by Bankruptcy Rule 1007.

6.

Debtor has failed to file a Statement of Financial Affairs, in violation of 11 U.S.C. 521(1) and Bankruptcy Rule 1007(b)(1).

7.

Debtor has failed to file Official Form 22C as required by Bankruptcy Rule 1007(b)(6).

8.

The Debtor has failed to file the sixty (60) days of pay advices pursuant to 11 U.S.C. Section 521(a)(1) and Bankruptcy Rule 1007(b)(1)(E).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtors' plan, and to dismiss the case.

Respectfully submitted,

/s/
Nancy J. Whaley, Chapter 13 Trustee
GA Bar Number 377941
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
678) 992-1201

*/mp*

## CERTIFICATE OF SERVICE

Case No:  A17-54219-CRM

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Objection to Confirmation and Motion to Dismiss Case by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
HAROLD LEE ROSBACH
2823 FAIROAKS ROAD
DECATUR, GA  30033




This the 20th day of April, 2017.


 /s/_____
    Nancy J. Whaley
    Standing Chapter 13 Trustee
    State Bar No. 377941
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201