

**IT IS ORDERED as set forth below:**

**Date: May 11, 2017**

_C. Ray Mullins_

_____

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | **CHAPTER 13** |
| **HAROLD LEE ROSBACH** | { | |
| | { | **CASE NO. A17-54219-CRM** |
| **DEBTOR** | { | |
| | { | |

### ORDER DISMISSING CASE FOR FAILURE TO COMPLY
### WITH 11 U.S.C. §109(h) AND 11 U.S.C. §521(b)

On April 18, 2017 at 10:00 a.m., the Court held a Hearing on the Chapter 13 Trustee's

Motion to Dismiss Case for Failure to Comply with 11 U.S.C. § 109(h) and 11 U.S.C. § 521(b).

Julie M. Anania, attorney for the Chapter 13 Trustee appeared; however, the Debtor failed to

appear. It appears the Debtor is ineligible to be in a Chapter 13 case based upon the fact that

Debtor failed to certify credit counseling attendance from an approved agency within 180 days

prior to filing required under 11 U.S.C. §109(h) and 11 U.S.C. § 521(b). **THEREFORE, IT IS**

**HEREBY**

**ORDERED**, that the Trustee's Motion is **GRANTED** and this case is **DISMISSED**, however; the case shall remain open for the limited purpose of the United States Trustee's investigation. The Chapter 13 Trustee may proceed with filing of her final report in the normal course of business.

The Clerk is directed to serve a copy of the Order on the Debtor, the Chapter 13 Trustee, the United States Trustee, and all creditors and parties in interest.

**END OF DOCUMENT**

Prepared by:


/s/_____
Julie M. Anania
Attorney for Chapter 13 Trustee
GA Bar No.: 477064
303 Peachtree Center Ave., NE, Suite 120
Atlanta, GA  30303
(678) 992-1201