**IT IS ORDERED as set forth below:**



Date: May 11, 2017

_____

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: { | CHAPTER 13 |
| HAROLD LEE ROSBACH { | |
| { | CASE NO. A17-54219-CRM |
| DEBTOR { | |
| { | |

**ORDER DISMISSING CASE FOR FAILURE TO COMPLY**
**WITH 11 U.S.C. §109(h) AND 11 U.S.C. §521(b)**

On April 18, 2017 at 10:00 a.m., the Court held a Hearing on the Chapter 13 Trustee's Motion to Dismiss Case for Failure to Comply with 11 U.S.C. § 109(h) and 11 U.S.C. § 521(b). Julie M. Anania, attorney for the Chapter 13 Trustee appeared; however, the Debtor failed to appear. It appears the Debtor is ineligible to be in a Chapter 13 case based upon the fact that Debtor failed to certify credit counseling attendance from an approved agency within 180 days prior to filing required under 11 U.S.C. §109(h) and 11 U.S.C. § 521(b). **THEREFORE**, **IT IS HEREBY**

**ORDERED**, that the Trustee's Motion is **GRANTED** and this case is **DISMISSED**, however; the case shall remain open for the limited purpose of the United States Trustee's investigation. The Chapter 13 Trustee may proceed with filing of her final report in the normal course of business.

The Clerk is directed to serve a copy of the Order on the Debtor, the Chapter 13 Trustee, the United States Trustee, and all creditors and parties in interest.

**END OF DOCUMENT**

Prepared by:

/s/_____
Julie M. Anania
Attorney for Chapter 13 Trustee
GA Bar No.: 477064
303 Peachtree Center Ave., NE, Suite 120
Atlanta, GA  30303
(678) 992-1201

```
                                United States Bankruptcy Court
                                  Northern District of Georgia
In re:                                                                          Case No. 17-54219-crm
Harold Lee Rosbach                                                              Chapter 13
        Debtor
                                       CERTIFICATE OF NOTICE
District/off: 113E-9           User: avilesj                Page 1 of 1                  Date Rcvd: May 11, 2017
                               Form ID: pdf592              Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2017.
db             +Harold Lee Rosbach,    2823 Fairoaks Road,    Decatur, GA 30033-1408
20571028       +Aldridge Pite, LLP,   15 Piedmont Center,    3575 Piedmont Road, N.E.,,    Suite 500,
                 Atlanta, Ga 30305-1636
20571027        Seterus Inc.,   Loss Mitigation,    PO Box 4121,    Beaverton, OR 97076-4121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov May 11 2017 21:07:56     David S. Weidenbaum,
                 Office of the U.S. Trustee,    362 Richard B. Russell Bldg.,   75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3330
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                              Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
              David S. Weidenbaum    on behalf of U.S. Trustee   Office of the United States Trustee
               david.s.weidenbaum@usdoj.gov
              Julie M. Anania    on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com
              Nancy J. Whaley    ecf@njwtrustee.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                             TOTAL: 4
```