**IT IS ORDERED as set forth below:**



**Date: May 15, 2017**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-54219-CRM |
| HAROLD LEE ROSBACH, | CHAPTER 13 |
| Debtor. | |

## ORDER

**THIS MATTER** is before the Court on the United States Trustee's Motion for Order Finding that Harold Lee Rosbach Did Not File Bankruptcy Case Number 17-54219-CRM (the "Motion") (Doc. No. 21), filed on May 12, 2017.  On March 6, 2017, a voluntary petition was filed in the name of Harold Lee Rosbach.  It appears, however, that Harold Lee Rosbach did not file bankruptcy case number 17-54219-CRM.  Having read and considered the Motion,

**IT IS ORDERED** that Debtor's Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Harold Lee Rosbach did not file bankruptcy case number 17-54219-CRM.

The Clerk's Office is directed to serve a copy of this order on Harold Lee Rosbach, the Chapter 13 Trustee, the United States Trustee, and all parties in interest.

**END OF DOCUMENT**