

**IT IS ORDERED as set forth below:**

**Date: May 15, 2017**

_C. Ray Mullins_

_____

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 17-54219-CRM |
| HAROLD LEE ROSBACH, | CHAPTER 13 |
| Debtor. | |

**ORDER**

  **THIS MATTER** is before the Court on the United States Trustee's Motion for Order Finding that Harold Lee Rosbach Did Not File Bankruptcy Case Number 17-54219-CRM (the "Motion") (Doc. No. 21), filed on May 12, 2017.   On March 6, 2017, a voluntary petition was filed in the name of Harold Lee Rosbach.   It appears, however, that Harold Lee Rosbach did not file bankruptcy case number 17-54219-CRM.   Having read and considered the Motion,

  **IT IS ORDERED** that Debtor's Motion is **GRANTED.**

  **IT IS FURTHER ORDERED** that Harold Lee Rosbach did not file bankruptcy case number 17-54219-CRM.

  The Clerk's Office is directed to serve a copy of this order on Harold Lee Rosbach, the Chapter 13 Trustee, the United States Trustee, and all parties in interest.

**END OF DOCUMENT**

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 17-54219-crm
Harold Lee Rosbach                                                        Chapter 13
        Debtor

### CERTIFICATE OF NOTICE

District/off: 113E-9          User: asb              Page 1 of 1          Date Rcvd: May 15, 2017
                             Form ID: pdf597         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2017.
db            +Harold Lee Rosbach,   2823 Fairoaks Road,   Decatur, GA 30033-1408
20571028      +Aldridge Pite, LLP,   15 Piedmont Center,   3575 Piedmont Road, N.E.,,   Suite 500,
               Atlanta, Ga 30305-1636
20571027       Seterus Inc.,   Loss Mitigation,   PO Box 4121,   Beaverton, OR 97076-4121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov May 15 2017 21:16:09     David S. Weidenbaum,
               Office of the U.S. Trustee,   362 Richard B. Russell Bldg.,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3330
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov May 15 2017 21:16:09
               Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
                                                                                   TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                           Signature:   /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2017 at the address(es) listed below:
          David S. Weidenbaum   on behalf of U.S. Trustee   Office of the United States Trustee
           david.s.weidenbaum@usdoj.gov
          Julie M. Anania   on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com
          Nancy J. Whaley    ecf@njwtrustee.com
          Office of the United States Trustee   ustpregion21.at.ecf@usdoj.gov
                                                                          TOTAL: 4