# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re:  Debtor(s)
**Harold Lee Rosbach**
2823 Fairoaks Road
Decatur, GA 30033

xxx−xx−5541

Case No.: **17−54219−crm**
Chapter: **13**
Judge: **C. Ray Mullins**

## ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

It appearing that the case of the above−named Debtor(s) was dismissed by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the attorney for the Debtor(s), and the Trustee.

C. Ray Mullins
United States Bankruptcy Judge

Dated: May 26, 2017

Form 176

United States Bankruptcy Court
Northern District of Georgia

In re:  
Harold Lee Rosbach  
     Debtor

Case No. 17-54219-crm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: goryy     Page 1 of 1     Date Rcvd: May 26, 2017  
                 Form ID: 176     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2017.  
db          +Harold Lee Rosbach,   2823 Fairoaks Road,   Decatur, GA 30033-1408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2017 at the address(es) listed below:  
        David S. Weidenbaum    on behalf of U.S. Trustee    Office of the United States Trustee david.s.weidenbaum@usdoj.gov  
        Julie M. Anania    on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com  
        Nancy J. Whaley    ecf@njwtrustee.com  
        Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov  
     TOTAL: 4