UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

June 15, 2017

**Harold Lee Rosbach**
2823 Fairoaks Road
Decatur, GA 30033


RE:  Chapter:  13 Payment of Filing Fees
     Case No.: 17−54219−crm

Dear  Harold Lee Rosbach ,

   A review of the Court's financial records disclosed that there is an outstanding filing fee of $310.00 for the bankruptcy case filed by you on March 6, 2017 . Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

   Please remit the outstanding balance by way of a money order or cashiers check. The payee on the money order or cashiers check is: **Clerk, U.S. Bankruptcy Court**. Do not send cash through the mail, but you may mail a money order or cashiers check to the Clerk. However, you may pay with cash if you elect to appear in person at the Clerk's Office in Atlanta. Failure to pay filing fees results in additional collection proceedings. **Please return payment to:**


U.S. Bankruptcy Court
ATTN: Lynn Saunders
1340 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303


   If you have questions, or require additional information, please contact Gina Gow at 404.215.1131.


Sincerely,

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court


cc:  Office of the United States Trustee

Form nff

```
                         United States Bankruptcy Court
                          Northern District of Georgia
```

In re:                                                                          Case No. 17-54219-crm
Harold Lee Rosbach                                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: admin                Page 1 of 1          Date Rcvd: Jun 15, 2017
                              Form ID: nff               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
db             +Harold Lee Rosbach,    2823 Fairoaks Road,    Decatur, GA 30033-1408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0